*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-811**

IN RE SIMEON C. SMITH, IV

**DDN: 2022-D051**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 994428**

BEFORE: Beckwith, Easterly, and Deahl, Associate Judges.

### O R D E R
(FILED— January 5, 2023)

On consideration of the certified copy of an order from the state of Louisiana suspending respondent from the practice of law by consent for six months, stayed in favor of two years of probation subject to terms; this court's October 28, 2022, order directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response, it is

ORDERED that Simeon C. Smith, IV is hereby suspended from the practice of law in the District of Columbia for six months, stayed in favor of two years of probation subject to compliance with all terms imposed by the state of Louisiana. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

### PER CURIAM